146 A.3d 470

**GRIFFIN**

v.

**JONTIFF**

No. 208, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 725, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 470

**HAILEY, Dexter Lee**

v.

**STATE of Maryland**

No. 239, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Application for leave to appeal denied by the Court of Special Appeals (No. 1116, Sept. Term, 2015).

Petition for writ of certiorari denied.